UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:16-cr- |
| EFRAIN MARTINEZ CABADA, | ) 1:16-cr-0146 WTL-TAB |
| Defendant. | ) |

**INFORMATION**

The United States Attorney charges that:

Count One

(Misprision of Felony – Title 18, United States Code, Section 4)

From Summer 2014 though on or about March 8, 2015, in Marion County, in the Southern District of Indiana, the Defendant, Efrain Martinez Cabada, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, Conspiracy to Distribute Methamphetamine in violation of Title 21, United States Code, Sections 841 and 846, did conceal the same by helping another person hide controlled substances in a vehicle and by departing the district and country after his initial arrest; and he did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States,

All of which is in violation of Title 18, United States Code, Section 4.

JOSH J. MINKLER
United States Attorney

STATE OF INDIANA )
) SS:
COUNTY OF MARION )

Matthew J. Lasher, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

_____
Matthew J. Lasher
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this __12th__ day of ~~June~~ July, 2016.

_____
Notary Public

My Commission Expires: 1/21/2024

My County of Residence: Hancock